```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AMAZON PRODUCE NETWORK, LLC      :    CIVIL ACTION
                                 :
          v.                     :
                                 :
NYK LINE aka NIPPON YUSEN        :
KAISHA aka NYK LINE (NORTH       :
AMERICA) INC.                    :    NO. 15-952
_____

AMAZON PRODUCE NETWORK, LLC      :    CIVIL ACTION
                                 :
          v.                     :
                                 :
NYK LINE aka NIPPON YUSEN        :
KAISHA aka NYK LINE (NORTH       :
AMERICA) INC.                    :    NO. 15-953
_____

AMAZON PRODUCE NETWORK, LLC      :    CIVIL ACTION
                                 :
          v.                     :
                                 :
NYK LINE aka NIPPON YUSEN        :
KAISHA aka NYK LINE (NORTH       :
AMERICA) INC.                    :    NO. 15-954
```

ORDER

AND NOW, this 21st day of September, 2015, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motions of defendant NYK Line a/k/a Nippon Yusen Kaisha a/k/a NYK Line (North America) Inc. to dismiss on the basis of a forum selection clause (No. 15-952, Doc. #10; No. 15-953, Doc. #10; No. 15-954, Doc. #13) are GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.